IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PAM MORGAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 7:21-00056-HL |
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA ) | |
| ) | |
| Defendant. ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Now come plaintiff PAM MORGAN, through her attorneys of record, and hereby dismisses the above styled action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted this  29th  day of July, 2021.

ROGERS, HOFRICHTER & KARRH, LLC

*s/Heather K. Karrh*
HEATHER K. KARRH
Ga. State Bar No.  408379
Attorney for Plaintiff

225 S. Glynn Street Suite A
Fayetteville, GA 30214
(770)460-1118
Hkarrh@rhkpc.com

1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PAM MORGAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 7:21-00056-HL |
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day attached a copy of the within and foregoing **Voluntary Dismissal with Prejudice** upon all parties to this matter by depositing a true copy of same in the United States Mail with adequate postage thereon to assure delivery and addressed to:

> Elizabeth J. Bondurant, Esq.
> Aaron Pohlmann, Esq.
> Womble Bond Dickinson, LLP
> 271 17th Street, NW, Suite 2400
> Atlanta, GA 30363

This 29th day of July, 2021.

ROGERS, HOFRICHTER & KARRH, LLC

*s/Heather K. Karrh*
HEATHER K. KARRH
Ga. State Bar No.408379

2

Attorney for Plaintiff
Hkarrh@rhkpc.com